## In the Circuit Court of Wood County

William Cunningham, et al
          Plaintiffs

6:06-CV-0850

V

Civil Action 06-C-530

Joe Manchin, et al
          Defendants

### Petition for removal

      This day comes the plaintiffs to request that this matter be removed from this court to the United States District Court for the southern district of West Virginia. This matter concerns federal constitutional questions the plaintiffs would like to have answered in federal court.

Date 9-26-06

*[signature]*

William Cunningham Pro Se

FILED
OCT - 2 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

FILED IN OFFICE
SEP 25 2006
CAROLE JONES
CLERK CIRCUIT

IN THE ___Circuit___ COURT OF ___Wood___ COUNTY, WEST VIRGINIA

___William Cunningham et al___ v. ___Joe Manchin III et al___    Case No. ___06-C-530___
ntiff or Petitioner                Defendant or Respondent

---

### FINANCIAL AFFIDAVIT AND APPLICATION:
### ELIGIBILITY FOR WAIVER OF FEES, COSTS, OR SECURITY IN A CIVIL OR DOMESTIC CASE

---

**nformation for the Applicant:**

'ou will be allowed to file and carry on your civil proceeding without giving security or paying fees or costs that ld otherwise be required, if the court finds that you meet the official financial guidelines.

ou must file a separate affidavit and application anytime your financial situation no longer meets the official elines or anytime the court orders you to do so.

t any time you may request or the court may require review of your eligibility for a waiver; and at any time the t may require you to pay fees or costs previously waived or to pay future fees or costs.

Vhen you sign this form, you will have to swear or affirm that you have completely and truthfully provided all mation sought, to the best of your knowledge and ability. *If you knowingly give any incomplete and/or e information, you may be prosecuted for the crime of false swearing.*

he information you give in this form will be confidential only in a domestic violence or a divorce case.

xcept for signatures, all information must be clearly printed.

===============================================================================

**nformation about You and Your Case:**

Name: ___William Cunningham___   b. Telephone Number: ___863-8991___

ddress ___Rt. 2 Box 291 Washington WV 26181___

escribe what is involved in your case: ___Judicial Review of new public law___
___Child prot. Act of 2006___

&M201.03

FILED IN OFFICE
(continued)
SEP 1 2006
CAROLE JONES
CLERK CIRCUIT COURT

3a. Do you have a lawyer? __No__

   b. Have you paid or will you have to pay your lawyer? __No__

   c. Will you have to pay your lawyer only if you win? __No__

===========================================================================

C. Information about Your Financial Situation:

1. What is your current yearly household net (take-home) income from all sources (salary or wages, business(es), government payments, rents, pensions, interest, etc.): $ __670__

2a. List the names and relationships to you of all the persons supported by this income, whether or not they are household members: __Self__

   b. What is the total number of these persons? __1__

3. How much money do you and your household members have in cash, checking and savings accounts, deposit certificates, and/or bonds (liquid assets)? $ __2.00__

4a. List your regular monthly household debt-payment and other expenses (mortgage, car, and other debt payments; food, rent, utilities, medical transportation, child-care, and other expenses):

__Car insurance 60.00    medical 50.00__
__food 150.00    Rent 140.00__
__Phone 60.00    debt 100.00__

   b. What is the total amount of these monthly expenses? $ __560__

5a. List all cars, trucks, motorcycles, or recreational vehicles (all-terrain vehicles, motor homes, snowmobiles, boats), including their make, model, and year, that you and your household members own (collateral assets readily convertible to cash): __'92 Oldsmobile Siena__

   b. What is the total value of these items? $ __200.00__

SCA-C&M201.03                                                                                    (continued)

6a. List all real estate (houses, lots, land, rental property, other commercial property) that you or your household members own: _1972 Olds S____

b. What is the total value of these items? $ 200

7. What would the consequences be for you if a waiver of fees, costs, or security is denied? _No be able to proceed_

==================================================================================

By signing my name on this form, I swear to or affirm: (1) the completeness and truthfulness, to the best of my ability and knowledge, of the information I have provided and (2) my belief that I have a right to a waiver.

Signature of Affiant-Applicant: _[signature]_

Taken, subscribed, and sworn or affirmed before me, by the person whose signature appears above, on this _18_ day of _September_, in _Ward_ County, West Virginia.

Signature of Notary (Clerk or Deputy Clerk): _J. Wall____

==================================================================================

### For Court Use Only

The affiant's application for a waiver is (clerk: initial one) __✓__ granted _____ denied.

Date: _9-18-06_     Signature of Clerk or Deputy: _J. Wall____

SCA-C&M201.03

## In the Circuit Court of Wood County

William Cunningham and
Michael Price, Plaintiffs

V

Joe Manchin III, Robert Kiss, and
Earl Tomblin, Defendants

Civil Action 06-C-530

## Statement of Complaint

This day comes the plaintiffs before the court to request the court's judicial review of SB 1001 from the 77th legislature's 1st special session. The plaintiffs bring suit against the defendants jointly and separately concerning certain clauses of the 2006 Child Protection Act.

1. In order for a law to exist there must be a compelling public need that is answered by this law. The plaintiffs do not believe that certain clauses of this new public law have any "Rational basis" nor any use to the public but serves to embarrass and harass certain Registered Sex Offenders ("RSOs").

2. The plaintiffs are both RSOs although not considered high risk, sexually violent nor predatory under current federal and state legislation.

3. Most of these types of legislation are based in hate and ignorance. The plaintiffs can show evidence of a miniscule recivity rate among this class. Yet they are looked at for the world's problems. *Calder V Bull* (3 US 386).

CHAPTER 17B. MOTOR VEHICLE DRIVER'S LICENSES.

ARTICLE 2. ISSUANCE OF LICENSE, EXPIRATION AND RENEWAL.

§17B-2-3. What persons may not be licensed; exceptions.
(a) The division may not issue any license hereunder:
(1) To any person who is under the age of eighteen years: Provided, That the division may issue a junior driver's license on or after the first day of January, two thousand and one, a graduated driver's license, to a person under the age of eighteen years in accordance with the provisions of section three-a of this article;
(2) To any person, as a Class A, B, C or D driver, who is under the age of eighteen years;
(3) To any person, whose license has been suspended or revoked, during the suspension or revocation;
(4) To any person who is an habitual drunkard or is addicted to the use of narcotic drugs;
(5) To any person, who has previously been adjudged to be afflicted with or suffering from any mental disability or disease and who has not at the time of application been restored to competency by judicial decree or released from a hospital for the mentally incompetent upon the certificate of the superintendent of the institution that the person is competent, and not then

CAROLE JONES
CLERK CIRCUIT COURT

unless the commissioner is satisfied that the person is competent to operate a motor vehicle with a sufficient degree of care for the safety of persons or property;

(6) To any person who is required by this chapter to take an examination, unless the person has successfully passed the examination;

(7) To any person when the commissioner has good cause to believe that the operation of a motor vehicle on the highways by the person would be inimical to public safety or welfare.

(b) The division may not issue a license or nondriver identification card to any person required to register as a sexually violent predator pursuant to the provisions of article twelve, chapter fifteen, unless he or she obtains a driver's license or nondriver identification card coded by the commissioner to denote that he or she is a sexually violent predator as follows:

(1) If a person is judicially determined to be a sexually violent predator after the effective date of this section, the sentencing court shall order the person or the agency with custody of the person's driver's license or nondriver identification card to surrender said license or card to the court. The sentencing court shall forward to the division all driver's licenses or nondriver identification cards that it receives pursuant to this section, along with a copy of the sentencing order. If a person is registered as a sexually violent predator pursuant to section nine, article twelve, chapter fifteen of this code after the effective date of this section as amended and reenacted during the first extraordinary session of the Legislature, two thousand six, the person shall surrender their driver's license or nondriver identification card to the division within ten days of their registration with the State Police. Any replacement driver's license or nondriver identification card issued to the person under this section must be coded by the commissioner to denote the person is a sexually violent predator and shall be issued at no cost to the person.

(2) Within ten business days of the effective date of the amendments to this section made during the first extraordinary session of the Legislature, two thousand six, the State Police shall provide the division with the name, address and motor vehicle information of every person registered as a sexually violent predator in the state at that time and also provide notice to said registrants of the requirements set forth in said amendments. If a person is registered as a sexually violent predator prior to the effective date of this section, as amended and reenacted during the first extraordinary session of the Legislature, two thousand six, he or she shall surrender his or her driver's license or nondriver identification card to the division within ten business days of his or her receipt of the notice from the State Police required by said amendments. Any replacement driver's license or nondriver identification card issued to the person under this section must be coded by the commissioner to denote the person is a sexually violent predator and shall be issued at no cost to the person.

(c) Upon receipt of a driver's license or nondriver identification card from a sentencing court or individual pursuant to subsection (b) of this section, the division shall cancel said license or card and note the cancellation in its records system so as to prevent the issuance of a replacement or duplicate license or card lacking the coded notation required by subsection (b) of this section.

(d) Upon showing proof that a person is no longer required to register as a sexually violent predator, the division shall, at no charge, issue a driver's license or nondriver identification card without the coded notation printed upon the license. No person issued a driver's license or nondriver identification card pursuant to the amendments to this section made during the first extraordinary session of the Legislature, two thousand six, may alter or deface the license or card to obscure the special marking identifying the holder as a sexually violent predator.

(e) Any person failing to comply with the provisions of subsections (b), (c) or (d) is guilty of a misdemeanor and, upon conviction thereof, shall be fined not less than fifty dollars nor more

than five hundred dollars or confined in jail not more than one year, or both fined and imprisoned.

WVC § 17B-2-3(b) *et seq* requires persons convicted of sexually violent crimes to have it printed on their ID. Who asks for ID? Merchants, Persons who are asking for ID to check a person's age for purchase of certain adult items such as tobacco and liquor or adult entertainment products. All business transaction done by people who do not and should not care if someone has been convicted of a sexually violent offense. It is doubtful that this law would protect someone in a situation where they were going to be raped or sexually assaulted if they demanded to see an individual's ID to see if they were sexually violent or not. The plaintiffs agree that someone that dangerous and few have been seen yet except names like "Jeffrey Dahmer" "Ted Bundy" and so on; should be incarcerated permanently. The plaintiff's believe in incarceration as punishment not embarrassment. Plaintiff Cunningham believes in more investigation of civil commitment laws and doctrine for exceptionally dangerous persons. Plaintiff Price has his own reservations concerning civil commitment.

The Plaintiffs move the court to consider this case at the constitutional, state, and federal level. The legislature is passing hate laws without hate crimes protection see *Calder* supra. The relief prayed for by the plaintiffs is that WVC § 17B-2-3(b) be reconsidered by the legislature or declared null and void by this court under grounds of no "Rational basis" and the proper tests be applied to determine such at the constitutional level. The plaintiffs can prove that this legislation is without public need and move that the court consider this complaint in as liberally construed a manner as allowed by law.

Date 9-18-06

William Cunningham Pro Se

# SUMMONS

### IN THE CIRCUIT COURT OF WOOD COUNTY, WEST VIRGINIA

William Cunningham
Michael Price

                              Plaintiff

Vs:                                            Civil Action #06-C-530

Joe Manchin III, Robert Kiss, and
Earl Tomblin

                                Defendant

To [illegible/struck through]: Darrell McGraw, Atty General
Capital Bldg. Bldg. 1, Room 26E
Charleston, WV  25305

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon **William Cunningham**, [illegible/struck through] whose address is **Rt. 2, Box 291 Washington, WV  26181**

an answer, including any related counterclaim you may have, to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you.  You are required to serve your answer within **30** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action.

Dated  September 18, 2006

                                               _____
                                               Clerk Circuit Court
                              By_____Deputy

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

7005 0810 0004 4125 7207

| | | |
|---|---|---|
| Postage | $ | 9/20/06 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Darrell McGraw, Atty General
Street, Apt. No. or PO Box No: Capital Bldg - Bldg 1, Rm 26E
City, State, ZIP+4: Charleston, WV 25305

PS Form 3800, June 2002    See Reverse for Instructions

SUMMONS

IN THE CIRCUIT COURT OF WOOD COUNTY, WEST VIRGINIA

William Cunningham
Michael Price

                            Plaintiff

   Vs:                                      Civil Action #06-C-530

Joe Manchin III, Robert Kiss, and
Earl Tomblin

                            Defendant

To the above-named Defendant: Earl Tomblin
                                      Capital Bldg. Bldg. 1, Room 26E
                                      Charleston, WV  25305

    IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon **William Cunningham**, ~~xxxxxxxxxxxxxx xxxxxxxxxx~~ whose address is **Rt. 2, Box 291 Washington, WV  26181**

an answer, including any related counterclaim you may have, to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within **30** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action.

Dated  September 18, 2006

                                                    _____
                                                    Clerk Circuit Court

                                 By_____ Deputy

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
9/20/06

Sent To: Earl Tomblin
Street, Apt. No.; or PO Box No: Capital Bldg - Bldg 1 Rm 266
City, State, ZIP+4: Charleston, WV 25305

PS Form 3800, June 2002    See Reverse for Instructions

7004 0810 0004 4129 7191

# SUMMONS

## IN THE CIRCUIT COURT OF WOOD COUNTY, WEST VIRGINIA

William Cunningham
Michael Price

                              Plaintiff

    Vs:                                        Civil Action #06-C-530

Joe Manchin III, Robert Kiss, and
Earl Tomblin

                              Defendant

To the above-named Defendant: Robert Kiss
                                Capital Bldg. Bldg. 1, Room 26E
                                Charleston, WV  25305

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon **William Cunningham**, ~~XXXXXXXXXXXXX~~ ~~XXXXXXXX~~ whose address is **Rt. 2, Box 291 Washington, WV 26181**

an answer, including any related counterclaim you may have, to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within **30** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action.

Dated September 18, 2006

                                              _____
                                              Clerk Circuit Court

                              By_____Deputy

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | 9/20/06 |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Robert Kiss
Street, Apt. No; or PO Box No.: Capital Bldg - Bldg 1 Rm 228
City, State, ZIP+4: Charleston WV 25305

Tracking #: 7004 0810 0004 4129 7184

PS Form 3800, June 2002     See Reverse for Instructions

# SUMMONS

IN THE CIRCUIT COURT OF WOOD COUNTY, WEST VIRGINIA

William Cunningham
Michael Price

                      Plaintiff

    Vs:                                Civil Action #06-C-530

Joe Manchin III, Robert Kiss, and
Earl Tomblin

                    Defendant

To the above-named Defendant: Joe Manchin III
                               Capital Bldg. Bldg. 1, Room 26E
                               Charleston, WV  25305

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon **William Cunningham**, ~~xxxxxxxxxxx~~ ~~xxxxxxxx~~ whose address is **Rt. 2, Box 291 Washington, WV  26181**

an answer, including any related counterclaim you may have, to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you.  You are required to serve your answer within **30** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action.

Dated  September 18, 2006

                                                  _____
                                                  Clerk Circuit Court

                                      By_____ Deputy

| U.S. Postal Service™ |
|---|
| **CERTIFIED MAIL™ RECEIPT** |
| *(Domestic Mail Only; No Insurance Coverage Provided)* |

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | 9/20/06 |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark |
| Return Receipt Fee (Endorsement Required) | | Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Joe Manchin III
Street, Apt. No.; or PO Box No.: Capital Bldg - Bldg 1, Rm 216
City, State, ZIP+4: Charleston, WV 25305

PS Form 3800, June 2002     See Reverse for Instructions

7002 0810 0004 4274 7177

# CIVIL CASE INFORMATION STATEMENT
## CIVIL CASES
(Other than Domestic Relations)

In the Circuit Court, __Wood__ County, West Virginia

## I. CASE STYLE:

**Plaintiff(s)**

William Cunningham

Michael Price
71 Oakford Ave.
Richwood, WV 26261

**Case #** 06-C-530

**Judge:** PA

vs.

**Defendant(s)** Joe Manchin II, Robert Kissard, Earl Tomblin

**Days to Answer:** 30

**Type of Service:** Certified mail

Darrell McGraw Atty. General
Capitol bldg. Bldg. 1, Room 26E
**Street**
Charleston, WV
**City, State, Zip**

_____
**Street**

_____
**City, State, Zip**

_____
**Street**

_____
**City, State, Zip**

Original and _____ copies of complaint enclosed/attached.

SCA-C100.02 / 1 of 2

FILED IN OFFICE
SEP 1 8 2006
CAROLE JONES
CIRCUIT COURT