In the United States District Court
Southern District of West Virginia

Parkersburg

FILED
DEC 1 2 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

William Cunningham, et al
    Plaintiffs

Vs                                                  Civil Action 6:06-cv-638

George Bush et al
    Defendants

William Cunningham, et al
    Plaintiffs
                                                      Civil Action 6:06-cv-850

Joe Manchin III, et al
    Defendants

### Notice of Voluntary Dismissal

This day it is agreed by the plaintiffs that they would like to dismiss these cases at this time. Perhaps at a later time to ask for judicial review. Therefore these cases are voluntarily dismissed without prejudice.

Date 12-12-06

William Cunningham, Pro Se